1  Name: Curtis Darnell Brown Junior
2  Address: None (I am homeless)
3  Telephone Phone: 312-860-1588
4  Email: Curtisdarnellbrownjunior@outlook.com

**FILED**
Jan 06 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ meganb  DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case No.: **'21CV22   TWR LL**
(assigned at time of filing)

Curtis Darnell Brown Junior,
                                         Plaintiff(s),

v.

Post Consumer Brands Battle Creek Michigan,
                                         Defendant(s).

**COMPLAINT**

I am constantly called a nigger as well special educated and I receive social security income.

I.  **RELATED CASES**

   a.  Do you have other Civil Case(s) in this or any other federal court?
       ☐ Yes     ☒ No

   b.  If yes, please list the case numbers here:

II. **STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)* Please read the complaint and on the previous paperwork I mislisted dated (1/4/2021) is accurate.

1  **III.**  **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you.*
2  *Do not use this space to state the facts of your claim.)*

$10,000 check or Money transfer and Please call I have no way of travel as well.

IV. **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☑ Yes   ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

1/4/2021
Date

Signature

Curtis Darnell Brown Junior
Printed Name